**Opinion issued May 20, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-01025-CV

———————————

**RONALD RUSSO D/B/A BRAZORIA AUTO AND RECOVERY, Appellant**

**V.**

**MELISSA MITCHELL AND KEVIN WATKINS, Appellees**

---

**On Appeal from the 412th Judicial District Court**
**Brazoria County, Texas**
**Trial Court Case No. 126567-CV**

---

## MEMORANDUM OPINION

Upon appellant's agreed motion, we abated this appeal to allow the parties to mediate their dispute. Appellant has now filed an unopposed motion for voluntary dismissal of the appeal, averring that "the parties have finalized the mediated settlement of their dispute and the judgment of the lower court being appealed has

been satisfied." No other party has filed a notice of appeal, and no opinion has issued. *See* TEX R. APP. P. 42.1(a)(1), (c).

Accordingly, we reinstate the appeal, grant's appellant's motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.